UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA PULLIAM,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | No.  CV-12-3012-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE FOR ADDITIONAL PROCEEDINGS** |

   This matter comes before the Court on Magistrate Judge James P. Hutton's May 15, 2013 Report and Recommendation, ECF No. 26, in which Magistrate Judge Hutton recommends that Plaintiff Linda Pulliam's Motion for Summary Judgment, ECF No. 16, be granted, and that Defendant Commissioner of Social Security Carolyn W. Colvin's Motion for Summary Judgment, ECF No. 21, be denied.  Both parties are represented by counsel.  The deadline for filing objections to the Report and Recommendation lapsed on May 29, 2013; no objections were received.  Having reviewed the Report and Recommendation, the Court is fully informed and adopts Magistrate Judge Hutton's recommendations in their entirety.

   Accordingly, **IT IS HEREBY ORDERED**:

   1.   The Report and Recommendation, **ECF No. 26**, is **ADOPTED** in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING
CASE FOR ADDITIONAL PROCEEDINGS - 1

2. Plaintiff's Motion for Summary Judgment, **ECF No. 16**, is **GRANTED.**

3. Defendant's Motion for Summary Judgment, **ECF No. 21**, is **DENIED.**

4. This matter is hereby **REMANDED** to the Commissioner for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

5. An application for attorney's fees may be filed by separate motion.

6. The Clerk's Office is directed to **ENTER JUDGMENT** in favor of Plaintiff and **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Hutton.

**DATED** this   6th   day of June 2013.

                    s/ Edward F. Shea
                        EDWARD F. SHEA
           Senior United States District Judge