UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA PULLIAM,<br><br>                Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | No. 12-cv-3012-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court, without oral argument, is Magistrate Judge James Hutton's Report and Recommendation entered on September 18, 2013, ECF No. 33, recommending that Plaintiff's Motion for EAJA Attorney's Fees, ECF No. 29, be granted. Defendant does not object to the amount requested. ECF No. 32

Having reviewed the Report and Recommendation, the Court adopts the Magistrate Judge's recommendation in its entirety. Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation, **ECF No. 33**, to grant Plaintiff's Motion for EAJA Attorney's Fees, **ECF No. 29**, is **ADOPTED** in its entirety.

2. This file shall be **CLOSED**.

IT IS SO ORDERED. The District Court Executive is directed to enter this Order and forward copies to the parties and Magistrate Judge Hutton.

DATED this   29th   day of October 2013.

                        s/ Edward F. Shea
                        EDWARD F. SHEA
              Senior United States District Judge

Q:\EFS\Civil\2012\3012.orderadopting.fees.lc1.docx

ORDER ADOPTING REPORT AND RECOMMENDATION - 1